No. 111—2381.   In re John Mullin et al.   Charles Spangen-
berg recovered a judgment for $5,000 against John Mullin
and Peter McHugh, in the Superior Court of Cook county, in
an action of trespass for an assault and battery, said judgment
being afterward affirmed on appeal by this court and the
Supreme Court: Mullin et al. v. Spangenberg, 112 Ill. 140.
The defendants, having been committed to the custody of the
sheriff of Cook county on a writ of *capias ad satisfaciendum*
issued on said judgment, a petition was presented by them to
the county court praying to be released from said imprison-
ment on delivering up their property.  Their petition was
denied by the county court, and on appeal to the circuit court
a hearing was had with the same result.   The material
questions raised at the hearing were, whether malice was the
gist of the action in which said judgment was rendered within
the meaning of section 2, chapter 72 of the Revised Statutes,
and whether that question is to be determined solely by the
record of said action.   Both of these questions were deter-
mined in the affirmative, and the court is of the opinion that
under the principles established by the Supreme Court in
First National Bank of Flora v. Burkett, 101 Ill. 391, and In
re Murphy, 109 Id. 31, they were decided correctly.   Affirmed.
Opinion PER CURIAM.   Judge below, KIRK HAWES.   Attor-
neys, for appellants, Mr. H. O. McDAID and Mr. C. A. KNIGHT ;
for appellee, Mr. GEORGE W. BRANDT.   Opinion filed July
28, 1886.

No. 105—2375.   O'Neill v. O'Neill.   The court is of
opinion that the preponderance of the evidence in this case
clearly warrants the conclusion that the note in suit was in
fact executed by defendants for certain indebtedness due from
them jointly to the plaintiff's testator ; that said note was lost,
and that it had never been negotiated or indorsed by the payee
or her executors, and therefore the verdict for the balance due
on the note computing interest at the rate of six per cent. per
annum, was warranted by the evidence.   The motion for a
new trial was properly refused.   Affirmed.   Opinion by
BAILEY P. J.   Judge below, KIRK HAWES.   Attorneys, for
appellant, Mr. J. N. JEMISON ; for appellee, Mr. M. J. DUNNE.